| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KONRAD L. TROPE, ESQ., Bar #133214<br>NOVO LAW GROUP, P.C.<br>4199 CAMPUS DRIVE, SUITE 550<br>IRVINE, CA 92612<br>Telephone No: 949-509-6531    FAX No: 949-509-6532 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiff: PACIFIC INFORMATION RESOURCES, INC.
Defendant: SIMPLE COMMUNICATIONS

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4131 MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR RULES

3. a. Party served:        Simple Communications, a Alabama corporation
   b. Person served:      William Travis Sullivan, agent authorized to accept service of process
                          ( SERVED UNDER F.R.C.P. RULE 4)

4. Address where the party was served:    4951 Mason Road
                                          CLAYTON, WA  99110

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 21, 2007 (2) at: 7:35PM

7. *Person Who Served Papers:*
   a. PAUL IVEY

   First Legal Support Services SM
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Aug. 31, 2007

   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007          PROOF OF SERVICE SUMMONS          (PAUL IVEY)
                                                                                     1773716;sf.kontr.84369