**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

October 2, 2007

RE:  <u>CV 07-04131 MMC</u>　　<u>PACIFIC INFORMATION RESOURCES INC.-v- SIMPLE COMMUNICATIONS</u>

Default is entered as to defendant(s) Simple Communications and William Travis Sullivan on 10/02/07. Parties noticed via e-mail or U.S. mail.

　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　by<u>Alfred Amistoso</u>
　　　　　　　　　　　　　　　　　　Case Systems Administrator

NDC TR-4  Rev. 3/89