IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br> v. <br><br> SIMPLE COMMUNICATIONS, et al., <br><br> Defendants / | No. C-07-4131 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT** |

Before the Court is plaintiff's Case Management Statement, filed November 9, 2007.

In light of the fact that the Clerk has entered the default of each defendant, and plaintiff having indicated its intent to file a motion for default judgment, the Court hereby SETS a deadline of December 21, 2007 for plaintiff to file a motion for default judgment.

The Case Management Conference is hereby CONTINUED from November 16, 2007 to February 8, 2008; a Case Management Statement shall be filed no later than February 1, 2008.

**IT IS SO ORDERED.**

Dated: November 13, 2007

MAXINE M. CHESNEY
United States District Judge