IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br> v. <br><br> SIMPLE COMMUNICATIONS, et al., <br><br> Defendants / | No. C-07-4131 MMC <br><br> **ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

By order filed November 13, 2007, the Court directed plaintiff to file a motion for default judgment no later than December 21, 2007. To date, plaintiff has not filed a motion for default judgment or any other document.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than January 11, 2008, why the instant action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 28, 2007

MAXINE M. CHESNEY
United States District Judge