1  Konrad L. Trope, Esq. SBN 133214
   **Novo Law Group, P.C.**
2  4631 Teller Avenue, Suite 140
   Newport Beach, California 92660
3  (949) 222-0899 (tel)
   (949) 222-0983 (fax)
4
   Attorneys for Plaintiff Pacific Information Resources, Inc.
5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10

11 Pacific Information Resources, Inc., a      ) **CASE NO.  CV-07-4131  MMC**
   California Corporation,                     )
12                                             ) **[Before the Honorable Maxine M.**
                 Plaintiff,                    ) **Chesney, Courtroom 7]**
13                                             )
        vs.                                    ) **PLAINTIFF'S RESPONSE TO OSC RE:**
14                                             ) **DEFAULT JUDGMENT AND REQUEST**
   SIMPLE COMMUNICATIONS, an Alabama           ) **TO CONTINUE DATE FOR FILING**
15 corporation; WILLIAM TRAVIS SULLIVAN,       ) **MOTION FOR DEFAULT JUDGMENT**
   individually, AND DOES 1 through 100,       ) **AGAINST WILLIAM TRAVIS**
16 inclusive, WHOSE IDENTITIES ARE             ) **SULLIVAN AND SIMPLE**
   UNKNOWN,                                    ) **COMMUNICATIONS**
17                                             )
                 Defendants.                   ) Complaint Filed:    August 9, 2007
18 _____ ) Discovery Cut-Off:  N/A
                                                 Trial:              N/A
19                                               Status Conference:  February 1, 2008

20

21        **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR**

22 **ATTORNEYS OF RECORD HEREIN:**

23        Plaintiff Pacific Information Resources, Inc. ("Plaintiff") hereby requests a continuance

24 of the Court to file its Default Judgment Application on February 1, 2008 instead of on

25 December 21, 2008.  Plaintiff makes this request on the basis of good cause in that extrapolating

26
                                                1
27 **Plaintiff's Response to Osc Re: Default Judgment and Request to Continue Date for Filing
                           Motion for Default Judgment**
                                                                              **Case No. CV-07-4131**
28 pacific information resources\pleadings\sullivan and simple communications\resp to osc and req to cont date for def judg final as filed 01 10 08

1  the voluminous data necessary to support the Default Judgement which will be in excess of $3
2  million has taken more time than anticipated.

3      Moreover, in order to satisfy the stringent requirements for obtaining the Default
4  Judgment, additional documentation and discovery by Plaintiff has been required.  Indeed, one of
5  Plaintiff's experts, Professor Ran Hadas, is teaching and researching at the University of
6  Melbourne in Australia until June, 2008.  Thus, coordinating with Professor Hadas has been a
7  time consuming logistical challenge.

8      Plaintiff apologizes to the Court for this belated request.

9      There will be no prejudice to any party who has direct or related interest in this case,
10  including those parties who are Defendants in the related case noted herein.

11      Plaintiff humbly request this extension in order to properly comply with all statutory and
12  local criteria for granting the Default Judgment Application.

13      Respectfully submitted,

14  DATED: January 10, 2008    **NOVO LAW GROUP, P.C.**

15

16  BY: /s/Konrad L. Trope, Esq.
    California State Bar No. 133214
    Novo Law Group, P.C.
17  4631 Teller Avenue, Ste 140
    Newport Beach, California 92660
18  Telephone: (949) 222-0899
    Facsimile: (949) 222-0983
19  E-mail: ktrope@novolaw.com
    Attorneys for Plaintiff PACIFIC
20  INFORMATION RESOURCES,
    INC.

21

22  **[PROPOSED] ORDER**

23  Plaintiff Pacific Information Resources has hereby requested continuance to file its
24  Defaults Judgment Application against Defendants William Travis Sullivan and Simple
25  Communications to February 1, 2008.

26

2

27  **Plaintiff's Response to Osc Re: Default Judgment and Request to Continue Date for Filing Motion for Default Judgment**
    **Case No. CV-07-4131**
28  pacific information resources\pleadings\sullivan and simple communications\resp to osc and req to cont date for def judg final as filed 01 10 08

1    Having considered the requested extension, good cause appearing, therefore, and no
2 prejudice any parties appearing, IT IS HEREBY ORDERED that:
3    Plaintiff shall file its Application for Default Judgment not later than February 1, 2008

Dated: _____                            _____
                                                        Honorable MAXINE M. CHESNEY
                                                        United States District Judge

**Plaintiff's Response to Osc Re: Default Judgment and Request to Continue Date for Filing Motion for Default Judgment**

**Case No. CV-07-4131**

pacific information resources\pleadings\sullivan and simple communications\resp to osc and req to cont date for def judg final as filed 01 10 08

# PROOF OF SERVICE

I am employed in the County of Orange, State of California in the office of a member of the Bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is: **4631 Teller Avenue, Suite 140, Newport Beach, California 92660**.

On **January 10, 2008**, I served the foregoing document described as:

**PLAINTIFF'S RESPONSE TO OSC RE: DEFAULT JUDGMENT AND REQUEST TO CONTINUE DATE FOR FILING MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM TRAVIS SULLIVAN AND SIMPLE COMMUNICATIONS**

on the interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

*SEE ATTACHED SERVICE LIST*

**XX    BY MAIL:** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee at the address on the attached Mailing List.

**BY FEDEX:** I deposited such envelopes at Irvine, California for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**BY FACSIMILE:** I transmitted the foregoing document by facsimile to the party(s) identified above by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL:** I transmitted the foregoing document by e-mail to the party(s) identified above by using the Internet Protocol Addresses indicated. Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL WITH CLERK OF THE COURT:** I certify that on ____ 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated on the attached Mailing List.

---

1

**Plaintiff's Response to Osc Re: Default Judgment and Request to Continue Date for Filing Motion for Default Judgment**

**Case No. CV-07-4131**

pacific information resources\pleadings\sullivan and simple communications\resp to osc and req to cont date for def judg final as filed 01 10 08

1  I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  Executed on **January 10, 2008,** at Irvine, California.

/s/
J. Renée Nordyke

2
**Plaintiff's Response to Osc Re: Default Judgment and Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\resp to osc and req to cont date for def judg final as filed 01 10 08

***SERVICE LIST:***
*Pacific Information Resources v Simple Communications, et. al.*
Case No. C-07-4131 MMC

**VIA U.S. MAIL**

William Travis Sullivan
4931 Mason Road
Clayton, Washington 99110

Simple Communications
4931 Mason Road
Clayton, Washington 99110

3
**Plaintiff's Response to Osc Re: Default Judgment and Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\resp to osc and req to cont date for def judg final as filed 01 10 08