Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Avenue, Suite 140
Newport Beach, California 92660
(949) 222-0899 (tel)
(949) 222-0983 (fax)

Attorneys for Plaintiff Pacific Information Resources, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SIMPLE COMMUNICATIONS, an Alabama corporation; WILLIAM TRAVIS SULLIVAN, individually, AND DOES 1 through 100, inclusive, WHOSE IDENTITIES ARE UNKNOWN, <br><br> Defendants. | CASE NO. CV-07-4131 MMC <br><br> **[Before the Honorable Maxine M. Chesney, Courtroom 7]** <br><br> **PLAINTIFF'S RESPONSE TO OSC RE: DEFAULT JUDGMENT AND REQUEST TO CONTINUE DATE FOR FILING MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM TRAVIS SULLIVAN AND SIMPLE COMMUNICATIONS**; ORDER THEREON <br><br> Complaint Filed:   August 9, 2007 <br> Discovery Cut-Off:  N/A <br> Trial:              N/A <br> Status Conference:  February 1, 2008 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Pacific Information Resources, Inc. ("Plaintiff") hereby requests a continuance of the Court to file its Default Judgment Application on February 1, 2008 instead of on December 21, 2008. Plaintiff makes this request on the basis of good cause in that extrapolating

---

1
**Plaintiff's Response to Osc Re: Default Judgment and Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**

the voluminous data necessary to support the Default Judgement which will be in excess of $3 million has taken more time than anticipated.

Moreover, in order to satisfy the stringent requirements for obtaining the Default Judgment, additional documentation and discovery by Plaintiff has been required. Indeed, one of Plaintiff's experts, Professor Ran Hadas, is teaching and researching at the University of Melbourne in Australia until June, 2008. Thus, coordinating with Professor Hadas has been a time consuming logistical challenge.

Plaintiff apologizes to the Court for this belated request.

There will be no prejudice to any party who has direct or related interest in this case, including those parties who are Defendants in the related case noted herein.

Plaintiff humbly request this extension in order to properly comply with all statutory and local criteria for granting the Default Judgment Application.

Respectfully submitted,

DATED: January 10, 2008          **NOVO LAW GROUP, P.C.**

BY:   /s/Konrad L. Trope, Esq.
      California State Bar No. 133214
      Novo Law Group, P.C.
      4631 Teller Avenue, Ste 140
      Newport Beach, California 92660
      Telephone: (949) 222-0899
      Facsimile: (949) 222-0983
      E-mail: ktrope@novolaw.com
      Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

[~~PROPOSED~~] ORDER

Plaintiff Pacific Information Resources has hereby requested continuance to file its Defaults Judgment Application against Defendants William Travis Sullivan and Simple Communications to February 1, 2008.

2
**Plaintiff's Response to Osc Re: Default Judgment and Request to Continue Date for Filing Motion for Default Judgment**
Case No. CV-07-4131

pacific information resources\pleadings\sullivan and simple communications\resp to osc and req to cont date for def judg final as filed 01 10 08

1      Having considered the requested extension, good cause appearing, therefore, and no
2  prejudice any parties appearing, IT IS HEREBY ORDERED that:
3      Plaintiff shall file its Application for Default Judgment not later than February 1, 2008.

4  Dated: _January 11, 2008___

5                                             Honorable MAXINE M. CHESNEY
6                                             United States District Judge

**Plaintiff's Response to Osc Re: Default Judgment and Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**

pacific information resources\pleadings\sullivan and simple communications\resp to osc and req to cont date for def judg final as filed 01 10 08