Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Avenue, Suite 140
Newport Beach, California 92660
(949) 222-0899 (tel)
(949) 222-0983 (fax)

Attorneys for Plaintiff Pacific Information Resources, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SIMPLE COMMUNICATIONS, an Alabama corporation; WILLIAM TRAVIS SULLIVAN, individually, AND DOES 1 through 100, inclusive, WHOSE IDENTITIES ARE UNKNOWN,<br><br>    Defendants. | CASE NO. CV-07-4131 MMC<br><br>**[Before the Honorable Maxine M. Chesney, Courtroom 7]**<br><br>DECLARATION OF J. RENÉE NORDYKE IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE DATE FOR FILING MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM TRAVIS SULLIVAN AND SIMPLE COMMUNICATIONS<br><br>Complaint Filed:   August 9, 2007<br>Discovery Cut-Off: N/A<br>Trial:             N/A |

I, J. Renée Nordyke, state and declare as follows:

1.   I am an individual over the age of 18.  I work for Novo Law Group, PC as a legal assistant in preparing and filing documents.  In that capacity, I could and would competently testify thereto upon information and belief regarding the facts contained herein.  I have over

---

1
**Declaration of Nordyke re Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg decl of nordyke 02 15 08

twenty years of experience in this field. I am the only full time legal assistant for Novo Law Group.

2. On Monday, February 11, 2008, I went to the dentist for follow-up and finishing of one of two root canals. At this time, I also had the dentist complete the preparation for the crowns. I was at the dentist office from 8:45 a.m. to approximately 1:00 p.m. There was a complication with one of my teeth and the gum around the tooth had to be clipped in order to prepare it for a crown.

3. On Tuesday, February 12, 2008, I woke up and my gums were so swollen that I could not properly swallow. In addition, I was suffering a great deal of pain and discomfort. As the day progressed the pain worsened. I eventually called Dr. Ellis and requested additional help regarding my situation. He had previously been prescribed an antibiotic, amoxicillian, to address any potential infection developing. Based on my symptoms, he insisted that I start taking the antibiotic to arrest an apparent infection. He also prescribed a prescription of ibuprofen for inflamation, swelling and pain. I began taking that medication as well.

4. Nevertheless, as the day further progressed, my pain worsened and I again requested assistance from Dr. Ellis. He then called in a prescription for Hydracodone (Vicadin) for pain relief. I began taking this medication on Tuesday afternoon and continued taking it until Thursday evening for pain. While taking this medication I have not been able to perform my usual duties for drafting, preparing or filing documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February, 2008, at Tustin, California.


/s/J. Renée Nordyke

2
**Declaration of Nordyke re Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg decl of nordyke 02 15 08

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California in the office of a member of the Bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is: **4631 Teller Avenue, Suite 140, Newport Beach, California 92660**.

On **February 15, 2008**, I served the foregoing document described as:

**DECLARATION OF J. RENÉE NORDYKE IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE DATE FOR FILING MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM TRAVIS SULLIVAN AND SIMPLE COMMUNICATIONS**

on the interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

*SEE ATTACHED SERVICE LIST*

**XX    BY MAIL:** I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee at the address on the attached Mailing List.

**BY FEDEX:** I deposited such envelopes at Irvine, California for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**BY FACSIMILE:** I transmitted the foregoing document by facsimile to the party(s) identified above by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL:** I transmitted the foregoing document by e-mail to the party(s) identified above by using the Internet Protocol Addresses indicated. Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL WITH CLERK OF THE COURT:** I certify that on ____ 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated on the attached Mailing List.

1

**Declaration of Nordyke re Request to Continue Date for Filing Motion for Default Judgment**

**Case No. CV-07-4131**

pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg decl of nordyke 02 15 08

1  I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  Executed on **February 15, 2008,** at Los Angeles, California.

/s/
Konrad L. Trope

2
**Declaration of Nordyke re Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg decl of nordyke 02 15 08

*SERVICE LIST:*
*Pacific Information Resources v Simple Communications, et. al.*
Case No. C-07-4131 MMC

**VIA U.S. MAIL**

William Travis Sullivan
4931 Mason Road
Clayton, Washington 99110

Simple Communications
4931 Mason Road
Clayton, Washington 99110

Simple Communications
701 22nd Avenue
Tuscaloosa, Alabama 35401

3
**Declaration of Nordyke re Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg decl of nordyke 02 15 08