Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Avenue, Suite 140
Newport Beach, California 92660
(949) 222-0899 (tel)
(949) 222-0983 (fax)

Attorneys for Plaintiff Pacific Information Resources, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SIMPLE COMMUNICATIONS, an Alabama corporation; WILLIAM TRAVIS SULLIVAN, individually, AND DOES 1 through 100, inclusive, WHOSE IDENTITIES ARE UNKNOWN,<br><br>　　　　　　Defendants. | CASE NO.  CV-07-4131  MMC<br><br>**[Before the Honorable Maxine M. Chesney, Courtroom 7]**<br><br>**PLAINTIFF'S REQUEST TO CONTINUE DATE FOR FILING MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM TRAVIS SULLIVAN AND SIMPLE COMMUNICATIONS**; ORDER THEREON<br><br>Complaint Filed:    August 9, 2007<br>Discovery Cut-Off:  N/A<br>Trial:              N/A<br>Status Conference:  February 8, 2008 |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

　　　Plaintiff Pacific Information Resources, Inc. ("Plaintiff") hereby requests a continuance of the Court to file its Default Judgment Application on Wednesday, February 27, 2008, instead of on February 22, 2008.  Plaintiff makes this request on the basis of good cause:

　　　1.　　Extrapolating the voluminous data necessary to support the Default Judgement

　　　　　　has *exceeded all expectations.* **The initial report, finally received, indicates**

---

1
**Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg draft 02 21 08 1100 am JRN

*damages in excess of $15 million! Counsel for Plaintiff wants to be certain that the analysis is solid and will sustain any review by the court.* and

4. One of Plaintiff's experts, Professor Ran Hadas, is teaching and researching at the University of Sydney in Australia until July, 2008. Thus, coordinating with Professor Hadas has been an extremely time consuming and logistical challenge.

Plaintiff's counsel humbly apologizes to the Court and begs the Court's indulgence this one last time. Plaintiff's counsel has three motions for Summary Judgment to file with this honorable court on March 21 in a related case. Thus, Plaintiff's counsel is thus quite desirous and confident of completing this default application on February 27.

There will be no prejudice to any party who has direct or related interest in this case, including those parties who are Defendants in the related case noted herein.

Respectfully submitted,

DATED: February 22, 2008          **NOVO LAW GROUP, P.C.**

BY:   /s/Konrad L. Trope, Esq.
      California State Bar No. 133214
      Novo Law Group, P.C.
      4631 Teller Avenue, Ste 140
      Newport Beach, California 92660
      Telephone: (949) 222-0899
      Facsimile: (949) 222-0983
      E-mail: ktrope@novolaw.com
      Attorneys for Plaintiff PACIFIC
      INFORMATION RESOURCES,
      INC.

**[PROPOSED] ORDER**

Plaintiff Pacific Information Resources has hereby requested continuance to file its Defaults Judgment Application against Defendants William Travis Sullivan and Simple Communications to February 27, 2008.

2
**Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg draft 02 21 08 1100 am JRN

Having considered the requested extension, good cause appearing, therefore, and no prejudice any parties appearing, IT IS HEREBY ORDERED that:

Plaintiff shall file its Application for Default Judgment not later than February 27, 2008.

Dated: February 26, 2008

_____
Honorable MAXINE M. CHESNEY
United States District Judge

---

**Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**

pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg draft 02 21 08 1100 am JRN