# EXHIBIT 1

# TO
# Hayden Bond Declaration

| Term/Phrase | KW Discovery # | OVSrch # | WTSrch # | Average count | Adwords Estimator # | Rel. % | Daily Vis. Pos. 1 |
|---|---|---|---|---|---|---|---|
| public records | 1687857 | 223,409 | 184822 | 698696 | 1427 | 100% | 14402 |
| free public records | 829467 | 89,327 | 131967 | 350253.6667 | 167 | 98% | 10114 |
| free criminal background check | 748898 | 49,830 | 51429 | 283385.6667 | 26 | 85% | 3978 |
| criminal minds | 656301 | 64,344 | 34906 | 251850.3333 | 47 | 60% | 2774 |
| court records | 513050 | 41,167 | 28024 | 194080.3333 | 537 | 100% | 2201 |
| criminal records | 364188 | 212,111 | 27652 | 201317 | 392 | 100% | 2587 |
| free court records | 336691 | 16,667 | 22444 | 125267.3333 | 36 | 90% | 1724 |
| criminal justice | 311457 | 205,807 | 20708 | 179324 | 223 | 50% | 2051 |
| criminal | 289819 | 97,059 | 20119 | 135665.6667 | 1869 | 90% | 1744 |
| criminal background check | 186372 | 129,647 | 16120 | 110713 | 114 | 90% | 1523 |
| criminal records free | 140740 | 13370 | 14911 | 56340.33333 | 36 | 35% | 1151 |
| free criminal records | 136896 | 23370 | 14105 | 58123.66667 | 36 | 30% | 1114 |
| free public records search | 121210 | 32176 | 13826 | 55737.33333 | 18 | 35% | 1115 |
| clermont county court records | 81406 | 732 | 12679 | 31605.66667 | 1 | 90% | 953 |
| public criminal records | 77841 | 21,637 | 12276 | 37251.33333 | 48 | 100% | 973 |
| texas department of criminal justice | 56017 | 35,375 | 12121 | 34504.33333 | 26 | 90% | 995 |
| criminal background checks | 51863 | 129,647 | 10261 | 63923.66667 | 42 | 90% | 1083 |
| free public records searches | 46841 | 32,176 | 9486 | 29501 | 2 | 90% | 789 |
| california public records | 46469 | 8,190 | 9393 | 21350.66667 | 22 | 100% | 724 |
| public records search | 40982 | 15,715 | 7626 | 21441 | 16 | 85% | 610 |
| free criminal background search | 38037 | 49,830 | 6975 | 31614 | 20 | 65% | 644 |
| criminal record | 34627 | 212,111 | 6045 | 84261 | 212 | 90% | 967 |
| free criminal checks | 1582488 | 8,012 | 5611 | 532037 | 15 | 100% | 440 |
| texas public records | 26350 | 7970 | 5549 | 13289.66667 | 27 | 100% | 435 |
| arizona public records | 17174 | 8295 | 5518 | 10329 | 17 | 100% | 434 |
| florida public records | 13702 | 9,842 | 5518 | 9687.333333 | 39 | 100% | 438 |
| los angeles criminal attorney | 13423 | 13,678 | 5332 | 10811 | 2 | 65% | 433 |
| san diego criminal attorney | 9331 | 4,246 | 5301 | 6292.666667 | 1 | 65% | 408 |
| broward county public records | 4030 | 413 | 5115 | 3186 | 9 | 100% | 385 |
| los angeles criminal defense attorney | 1426 | 7809 | 5115 | 4783.333333 | 2 | 90% | 403 |
| public records of property owner asse: | 837 | 1383 | 5115 | 2445 | 4 | 100% | 387 |
| criminal record check | 651 | 19,940 | 4588 | 8393 | 20 | 100% | 392 |
| maryland court records | 93 | 3703 | 4898 | 2898 | 3 | 100% | 376 |
| | | | | | | | |
| Total / Day | 273114 | 57,709 | 23405 | 118076.0968 | | | 58745 |
| Total / Month | 8739648 | 1,846,697 | 748960 | 3778435.097 | | | 1762345 |

| Cnv. % | # Cnv. | Avg. Rev. / Cnv. | Total Rev. |
|---|---|---|---|
| 1.20% | 172.83 | $29.95 | $ 5,176.13 |
| 1.20% | 121.36 | $29.95 | $ 3,634.84 |
| 1.20% | 47.73 | $29.95 | $ 1,429.60 |
| 1.20% | 33.28 | $29.95 | $ 996.84 |
| 1.20% | 26.42 | $29.95 | $ 791.18 |
| 1.20% | 31.04 | $29.95 | $ 929.79 |
| 1.20% | 20.68 | $29.95 | $ 619.47 |
| 1.20% | 24.61 | $29.95 | $ 737.14 |
| 1.20% | 20.92 | $29.95 | $ 626.70 |
| 1.20% | 18.27 | $29.95 | $ 547.24 |
| 1.20% | 13.81 | $29.95 | $ 413.55 |
| 1.20% | 13.37 | $29.95 | $ 400.52 |
| 1.20% | 13.38 | $29.95 | $ 400.66 |
| 1.20% | 11.43 | $29.95 | $ 342.40 |
| 1.20% | 11.68 | $29.95 | $ 349.71 |
| 1.20% | 11.94 | $29.95 | $ 357.48 |
| 1.20% | 13.00 | $29.95 | $ 389.32 |
| 1.20% | 9.47 | $29.95 | $ 283.67 |
| 1.20% | 8.69 | $29.95 | $ 260.31 |
| 1.20% | 7.32 | $29.95 | $ 219.22 |
| 1.20% | 7.72 | $29.95 | $ 231.34 |
| 1.20% | 11.60 | $29.95 | $ 347.38 |
| 1.20% | 5.28 | $29.95 | $ 158.21 |
| 1.20% | 5.23 | $29.95 | $ 156.50 |
| 1.20% | 5.21 | $29.95 | $ 155.95 |
| 1.20% | 5.25 | $29.95 | $ 157.30 |
| 1.20% | 5.20 | $29.95 | $ 155.62 |
| 1.20% | 4.89 | $29.95 | $ 146.58 |
| 1.20% | 4.62 | $29.95 | $ 138.23 |
| 1.20% | 4.83 | $29.95 | $ 144.66 |
| 1.20% | 4.64 | $29.95 | $ 139.08 |
| 1.20% | 4.71 | $29.95 | $ 141.01 |
| 1.20% | 4.52 | $29.95 | $ 135.25 |
| | | | $1,362 |
| | | | $42,225 |

30 m

| Assumptions | Values |
|---|---|
| % of traffic clicking on 1st result | 15% |
| Standard Site Conversion Rate | 1.50% |
| Average Revenue per Conversion | $29.95 |
| Numbers are for site in 1st position for keywords | |
| All numbers are rough estimates | |

| Grand Totals for 30 months<br>Assumptions | Values |
|---|---|
| % of traffic clicking on 1st result | 15% |
| Standard Site Conversion Rate | 1.50% |
| Average Revenue Per Conversion | $29.95 |

30 months (x) $42,225 (x) 15 Web sites = $19,001250.00