# EXHIBIT "6"

----- Original Message -----
From: "Boo Kinsey" <thetinmen@tds.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 05, 2005 9:55 AM
Subject: Search Systems Premium Services: Testimonial

> From: Boo Kinsey
> Email: thetinmen@tds.net
> Subject: Testimonial
>
> It keeps telling me that I have entered an invalid ID, when I know I haven't.
>
>
----- Original Message -----
From: "Boo Kinsey" <thetinmen@tds.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 05, 2005 10:16 AM
Subject: Re: Re: Search Systems Premium Services: Testimonial

>I bought it at Courts Online. My ID is bookinsey
>
> Boo
>
> From: "Tim Koster" <tjkoster@searchsystems.net>
> Date: 2005/10/05 Wed PM 01:11:22 EDT
> To: "Boo Kinsey" <thetinmen@tds.net>
> Subject: Re: Search Systems Premium Services: Testimonial
>
>

----- Original Message -----
From: "Boo Kinsey" <thetinmen@tds.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, October 05, 2005 10:45 AM
Subject: Re: Re: Search Systems Premium Services: Testimonial

> Here's the URL   http://www.courtsonline.org/
>
> Boo Kinsey
> 912-729-9042
>
>
> From: "Tim Koster" <tjkoster@searchsystems.net>
> Date: 2005/10/05 Wed PM 01:28:10 EDT
> To: "Boo Kinsey" <thetinmen@tds.net>

> Subject: Re: Re: Search Systems Premium Services: Testimonial

----- Original Message -----
From: "Julie Fairchild" <jules@tcsn.net>
To: "Tim Koster" <tjkoster@searchsystems.net>
Cc: "Darryl Koster" <dkoster@searchsystems.net>; <seand@searchsystems.net>
Sent: Sunday, October 09, 2005 12:06 AM
Subject: Search Systems: Question

> ➢ From: Julie Fairchild
> > Email: jules@tcsn.net
> > Subject: Question
> >
> > Do you have an agreement with Courtsonline.org to link with your site? Do you receive a portion of their \'membership\' fee whenever their site directs a user to your site?(you should) I am very unhappy with what they actually supply v. what they claim to supply-they seem to be what I call a scam site-and am gathering information for a complaint against their site only,not yours, requesting a refund of their fee only. Thank you for your time and help.

---- Original Message -----
**From:** Julie Fairchild
**To:** Tim Koster
**Sent:** Sunday, October 09, 2005 3:34 PM
**Subject:** Re: Search Systems: Question

Thank you for you reply. I am disputing the charge from courtsonline.org and would like to use your email as evidence for my Credit Card company. May I?

If I can be of any help in your attempts to block them from illegally linking to your website, please let me know.

Julie

Tim,

Here is the billing info I received. Hope it helps.

Julie

"MARK MUSSELMAN"
<directdigitalmedia@supremeserver14.com>

To:                                      "Julie Fairchild" <julesreata@yahoo.com>

| | |
|---|---|
| Subject: | DIRECT DIGITAL MEDIA Customer Receipt/Purchase Confirmation |
| Date: | Sat, 8 Oct 2005 02:13:06 -0600 |

========= GENERAL INFORMATION =========

Merchant : DIRECT DIGITAL MEDIA
Date/Time : 08-Oct-2005 04:13:04 AM

========= ORDER INFORMATION =========
Invoice : 1881-2659-0211
Description : Internet order
Amount : 24.99 (USD)
Payment Method : Visa


----- Original Message -----
**From:** Kelly Hotaling
**To:** tjkoster@searchsystems.net
**Sent:** Tuesday, October 18, 2005 4:51 PM

These are the e-mails I recently received from "CourtsOnline". I hope this will help you. Please let me know. Thank you, Kelly Hotaling


----- Original Message -----
From: "DIRECT DIGITAL MEDIA" <gateway@linkpt.net>
To: "KELLY C HOTALING" <kcutting@mkl.com>
Sent: Tuesday, October 18, 2005 3:30 PM
Subject: Receipt from DIRECT DIGITAL MEDIA


>
> Company: DIRECT DIGITAL MEDIA
> Reference Number: 188279084779
>
>
> Subtotal: $24.99
> Tax: $0.00
> Shipping: $0.00
> Total: $24.99
>
> DIRECT DIGITAL MEDIA
>
>
>
>
>
> Thank you for shopping with us.

\>
\>
\>
\> --
\> No virus found in this incoming message.
\> Checked by AVG Anti-Virus.
\> Version: 7.0.344 / Virus Database: 267.12.0/132 - Release Date: 10/13/2005
\>
\>

----- Original Message -----
From: <support@courtsonline.org>
To: <kcutting@mkl.com>
Sent: Tuesday, October 18, 2005 3:32 PM
Subject: CourtsOnline Members: Thank You For Joining

\> Hello,
\>  Thank you for joining CourtsOnline Members:
\>  Your details are as follows:
\>     Username:     kcutting
\>     Password:     alexander
\>     Name:         Kelly Hotaling
\>     Email:        kcutting@mkl.com
\>     URL:
\>
\>   You may login here:
\>   http://www.courtsonline.org/Members/
\>
\>   Best Regards
\>     Mark
\>
\> Powered by Locked Area Lite v3.2, a product of LockedArea.com.
\>        http://www.lockedarea.com/
\>
\>
\>
\> --
\> No virus found in this incoming message.
\> Checked by AVG Anti-Virus.
\> Version: 7.0.344 / Virus Database: 267.12.0/132 - Release Date: 10/13/2005
\>
\>

----- Original Message -----
From: "CourtsOnline" <support@courtsonline.org>
To: <kcutting@mkl.com>

Sent: Tuesday, October 18, 2005 3:30 PM
Subject: CourtsOnline Order Confirmation 1882-7908-4779

> ➢ This is an automated message acknowledging successful initial
> > processing of your order placed on the World Wide Web.
> >
> > You may check your order status by writing to:
> > support@courtsonline.org
> > For inquiries, please reference order# 1882-7908-4779
> >
> > Visit us often at: http://courtsonline.org/thankyou443994.htm
> >
> >
> >
> > --
> > No virus found in this incoming message.
> > Checked by AVG Anti-Virus.
> > Version: 7.0.344 / Virus Database: 267.12.0/132 - Release Date: 10/13/2005
> >

----- Original Message -----
From: "valerie ann jung" <vajung@raytheon.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Monday, October 24, 2005 1:19 PM
Subject: Search Systems Premium Services: Problem

From: valerie ann jung
Email: vajung@raytheon.com
Subject: Problem

I can't seem to get into the courtsOnline system. I paid for it but I can;t get into.

----- Original Message -----
From: "roy j. patrick" <sheriudell@aol.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Friday, October 28, 2005 11:33 AM
Subject: Search Systems: Question

> ➢ From: roy j. patrick
>     Email: sheriudell@aol.com
>     Subject: Question
>
>     how come i can\'t access any information
>     from courtsonline without having to pay a fee
> ➢ when i already paid a fee to join?

---- Original Message -----
From: "Eric Simkins" <VBSIMSEW@gmail.com>
To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Wednesday, November 02, 2005 2:33 PM
Subject: Search Systems: Problem

From: Eric Simkins
Email: VBSIMSEW@gmail.com
Subject: Problem

I have already paid at Courtsonline an now your site tells me to pay another fee !


To: "Tim Koster" <tjkoster@searchsystems.net>
Sent: Thursday, November 03, 2005 6:55 AM
Subject: Search Systems: Problem

From: Debra
Email: tcsclean@aol.com
Subject: Problem

When I signed up to courtsonline, this is suppose to be free for criminal search, that is what their banner says, so why do you want to charge me a fee?

From: "fiona gordon" <feegordon68@hotmail.com>
To: <tjkoster@searchsystems.net>
Sent: Tuesday, November 08, 2005 12:35 PM
Subject: Re: Search Systems: Problem

tim, courtsonline is who i joined with no one else! went into the site you
said no find what i want been waste of money me joining!!!!! but it is
advertised wrong and geting you to ask for person you look for saying yes
found them join now Ha! then cant find!  Im a computer amature only joined
up  few weeks ago been had we downloading music that was ment to be free.
now this. im buying nothing again on line. fiona.