1  Konrad L. Trope, Esq. SBN 133214
   **Novo Law Group, P.C.**
2  4631 Teller Avenue, Suite 140
   Newport Beach, California 92660
3  (949) 222-0899 (tel)
   (949) 222-0983 (fax)
4
   Attorneys for Plaintiff Pacific Information Resources, Inc.
5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10
   Pacific Information Resources, Inc., a        )  **CASE NO.  CV-07-4131  MMC**
11 California Corporation,                        )
                                                  )  **[Before the Honorable Maxine M.**
12              Plaintiff,                         )  **Chesney, Courtroom 7]**
                                                  )
13     vs.                                        )  **PLAINTIFF'S REQUEST TO**
                                                  )  **CONTINUE DATE FOR FILING**
14 SIMPLE COMMUNICATIONS, an Alabama              )  **MOTION FOR DEFAULT JUDGMENT**
   corporation; WILLIAM TRAVIS SULLIVAN,          )  **AGAINST WILLIAM TRAVIS**
15 individually, AND DOES 1 through 100,          )  **SULLIVAN AND SIMPLE**
   inclusive, WHOSE IDENTITIES ARE                )  **COMMUNICATIONS**
16 UNKNOWN,                                       )
                                                  )  Complaint Filed:    August 9, 2007
17              Defendants.                        )  Discovery Cut-Off:  N/A
   _____           )  Trial:              N/A
18                                                   Status Conference:  February 8, 2008

19

20        **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR**

21 **ATTORNEYS OF RECORD HEREIN:**

22        Plaintiff Pacific Information Resources, Inc. ("Plaintiff" or "Pacific") hereby requests a

23 continuance of the Court to ***complete filing*** its Default Judgment Application on February 28,

24 2008 instead of on February 27, 2008.  Plaintiff makes this request on the basis of good cause:

25        1.       Plaintiff's Counsel has already filed and caused to be delivered to Judge's

26                 Chambers the following documents:

27  _____
                                              1
             **Request to Continue Date for Filing Motion for Default Judgment**
28                                                          **Case No. CV-07-4131**
    pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg final as filed 02 28 08

1      a.      Plaintiff's Notice of Application and Application for Default Judgment;

2      b.      Plaintiff's Request for Judicial Notice;

3      c.      Declaration of Tim Koster, President of Plaintiff Pacific;

4      d.      Expert Declaration of Prof. Ran Hadas;

5      e.      Expert Declaration of Hayden Bond;

6      f.      [Proposed] Order–*this was "lodged", not filed.*

7      Plaintiff's counsel **will complete by today** filing and forwarding by messenger to

8   chambers the following documents:

9      a.      Plaintiff's Memorandum of P's & A's;

10      b.      Declaration of Konrad Trope.

11      2.      Pulling together all of the documents and voluminous data necessary to support

12   the Default Judgement has *required far more time than ever anticipated. Plaintiff's counsel is*

13   *being extra careful as* **the Application seeks damages in excess of $19 million!**

14      *3.      Counsel for Plaintiff has spent considerable time being certain that the analysis*

15   *is solid and will sustain any review by the Court.*

16      Plaintiff's counsel humbly apologizes to the Court and begs the Court's indulgence *this*

17   *one last time.* Plaintiff's counsel has three Motions for Summary Judgment to file with this

18   Honorable Court on March 21, 2008 in a related case. Thus, Plaintiff's counsel is thus quite

19   desirous and confident of completing this default application, in particular, the last two

20   remaining pleadings, later today.

21

22

23

24

25

26

27

28

**Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg final as filed 02 28 08

There will be no prejudice to any party who has direct or related interest in this case, including those parties who are Defendants in the related case noted herein.

Respectfully submitted,

DATED: February 28, 2008

**NOVO LAW GROUP, P.C.**

BY: /s/Konrad L. Trope, Esq.
California State Bar No. 133214
Novo Law Group, P.C.
4631 Teller Avenue, Ste 140
Newport Beach, California 92660
Telephone: (949) 222-0899
Facsimile: (949) 222-0983
E-mail: ktrope@novolaw.com
Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

**[PROPOSED] ORDER**

Plaintiff Pacific Information Resources has hereby requested continuance to file its Defaults Judgment Application against Defendants William Travis Sullivan and Simple Communications to ______________, 2008.

Having considered the requested extension, good cause appearing, therefore, and no prejudice any parties appearing, IT IS HEREBY ORDERED that:

Plaintiff shall file its Application for Default Judgment not later than ___________, 2008

Dated: __________________

______________________________
Honorable MAXINE M. CHESNEY
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California in the office of a member of the Bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is: **4631 Teller Avenue, Suite 140, Newport Beach, California 92660**.

On **February 28, 2008**, I served the foregoing document described as:

**REQUEST TO CONTINUE DATE FOR FILING MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM TRAVIS SULLIVAN AND SIMPLE COMMUNICATIONS**

on the interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

*SEE ATTACHED SERVICE LIST*

**XX    BY MAIL:** I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee at the address on the attached Mailing List.

**BY FEDEX:** I deposited such envelopes at Irvine, California for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**BY FACSIMILE:** I transmitted the foregoing document by facsimile to the party(s) identified above by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL:** I transmitted the foregoing document by e-mail to the party(s) identified above by using the Internet Protocol Addresses indicated. Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL WITH CLERK OF THE COURT:** I certify that on ____ 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated on the attached Mailing List.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1

**Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**

pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg final as filed 02 28 08

1

Executed on **February 28, 2008,** at Newport Beach, California.

2

/s/
J. Renée Nordyke

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**

1

*SERVICE LIST:*
*Pacific Information Resources v Simple Communications, et. al.*
Case No. C-07-4131 MMC

2

3

**VIA U.S. MAIL**

4

5    William Travis Sullivan
     4931 Mason Road
6    Clayton, Washington 99110

7    Simple Communications
     4931 Mason Road
8    Clayton, Washington 99110

9    Simple Communications
     701 22nd Avenue
10   Tuscaloosa, Alabama 35401

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    3
     **Request to Continue Date for Filing Motion for Default Judgment**
                                         **Case No. CV-07-4131**
28   pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg final as filed 02 28 08