# EXHIBIT 1

# TO

# Declaration of Konrad Trope Declaration

# Novo Law Group, PC

Konrad L. Trope, *managing shareholder*
ktrope@novolaw.com

University Tower
4199 Campus Drive, Suite 550
Irvine, CA 92612
(949) 509-6531
(949) 509-6532 *fax*

Beverly Hills, California

Flushing, New York

Washington, D.C.

www.novolaw.com

29 December 2006

Travis Sullivan, CEO
Simple Communications, Inc.
701 22nd Avenue
Tuscaloosa, AL 35401

**RE: DMCA COMPLAINT**

Dear Mr. Sullivan:

Your customer, Airon Corporation, is infringing copyrights held by our client, Pacific Information Resources, Inc. This letter serves as notice of infringement complying with the Digital Millennium Copyright Act, 17 U.S.C. § 512(c)(3). We request that you promptly disable public access to this material as required under 17 U.S.C. § 512(c)(1)(C).

Pacific Information Systems operates www.searchsystems.net, a directory of public records databases. This work was published on *October 5, 2005* and registered on *January 9, 2006*.

Based on research we've conducted from *November 1, 2005* to present, Airon has copied extensively from our client's site to create www.cisworldwide.com, which is hosted on your network. Attached is a table showing representative examples of infringing activity. Because the infringements are pervasive, **we request that you disable www.cisworldwide.com in its entirety**.

We have a good faith belief that Airon's use of this material is not authorized by the copyright owner, any agent of the owner, or the law.

Furthermore, Airon is currently a defendant in a complaint filed by Pacific Information Resources in U.S. district court in San Jose, CA. The complaint is included with this letter, to show that we are taking Airon's infringements very seriously, and so should you.

Under penalty of perjury, I confirm that the information in this notification is accurate. As counsel in this action, I am authorized to act on behalf of Pacific Information Resources. You may contact me at the address or phone number above, or by email (ktrope@novolaw.com). Thank you in advance for your cooperation.

Regards,

*[signature]*

Konrad L. Trope
Novo Law Group, PC

Defendant: AIRON CORP.

Website: www.cisworldwide.com Certain websites serve as a "front door" to this website and share access to the infringed links, namely: BackgroundRecords.org, CivilFiles.com, CreditHistory.org, CourtRecords.org, CriminalFiles.org, Investigate123.com, LegalFiles.org, LocateClassmates.org, LocatePeople.org, ReverseGenie.com, ReverseRecords.org, RMVRecords.org, SearchPublicRecords.org, WebInvestigator.org

Username: 2004      Password: 1000

| Infringed link | Location on Searchsystems.net | Location on defendant's website |
|---|---|---|
| http://service.bfast.com/bfast/click?bfmid=33292112&siteid=34988082&bfpage=fcp_report<br>Credit Reports | http://www.searchsystems.net/list.php?nid=14<br>(Alaska Page)<br>"Credit Reports" | http://www.cisworldwide.com/xweb/index.php?id=3&xpath=results2&code=&table=WebInvestigator&category=U.S%20States&state=ak&page_nr=3<br>"Free Credit Report"<br><br>Mirror: (user: evidence, password: betamax)<br>http://www.clients.novolaw.com/ss/054.htm |
| http://www.courthousedirect.com/pac-info/Main.asp?state=ca&county=contra%20costa<br>Contra Costa County Recorded Document Images | http://www.searchsystems.net/list.php?nid=547&page=2<br>"Contra Costa County Recorded Document Images" | http://www.cisworldwide.com/xweb/index.php?id=3&xpath=results2&code=&table=WebInvestigator&category=U.S%20States&state=ca&page_nr=23<br>"Contra Costa - Search Systems Images"<br><br>Mirror: (user: evidence, password: betamax)<br>http://www.clients.novolaw.com/ss/055.htm |
| http://service.bfast.com/bfast/click?bfmid=5647408&siteid=33045819&bfpid=D3693&bfmtype=database<br>Death Index – Social Security Administration | http://www.searchsystems.net/list.php?nid=359<br>"Death Index - Social Security Administration" | http://www.cisworldwide.com/xweb/index.php<br>"Social Security Death Index"<br><br>Mirror: (user: evidence, password: betamax)<br>http://www.clients.novolaw.com/ss/062.htm |
| http://www.qksrv.net/click-1198570-5469512<br>Foreclosure | http://www.searchsystems.net/list.php?nid=17&page=2<br>"Foreclosures" | http://www.cisworldwide.com/xweb/index.php?id=3&xpath=results2&code=&table=WebInvestigator&category=U.S%20States&state=ca<br>"Bank Foreclosures"<br><br>Mirror: (user: evidence, password: betamax)<br>http://www.clients.novolaw.com/ss/056.htm |
| https://members.searchsystems.net/criminalrec/index.jhtml<br>Criminal Records | http://www.searchsystems.net/list.php?nid=17<br>"Criminal Records" | http://www.cisworldwide.com/xweb/index.php?id=3&xpath=results2&code=&table=WebInvestigator&category=U.S%20States&state=ca&page_nr=47<br>"Ventura – Criminal Records" |

| | | |
|---|---|---|
| | | Mirror: (user: evidence, password: betamax) http://www.clients.novolaw.com/ss/057.htm |
| http://www.searchsystems.net/list.php?nid=288 Wyoming Cities and Towns | http://www.searchsystems.net/list.php?nid=60 "City Databases" | http://www.cisworldwide.com/xweb/index.php?id=3&xpath=results2&code=&table=WebInvestigator&category=U.S%20States&state=wy "Cities and Towns Public Records Directory" Mirror: (user: evidence, password: betamax) http://www.clients.novolaw.com/ss/058.htm |
| http://animenation.net/links/pages/ Animenation | http://www.searchsystems.net/list.php?nid=357 "Anime" | http://www.cisworldwide.com/xweb/index.php "Anime Link Database" Mirror: (user: evidence, password: betamax) http://www.clients.novolaw.com/ss/063.htm |
| http://www.habanero-hamburger.com/ The Habanero Hamburger "Hall of Flame" | http://www.searchsystems.net/list.php?nid=429&page=2 "San Mateo County Habanero Hamburger Survivors" | http://www.cisworldwide.com/xweb/index.php?id=3&xpath=results2&code=&table=WebInvestigator&category=U.S%20States&state=ca&page_nr=41 "San Mateo - Habanero Hamburger Survivors" Mirror: (user: evidence, password: betamax) http://www.clients.novolaw.com/ss/059.htm |
| http://www.oac.state.oh.us/search/writers/creativewriters.asp Directory of Ohio Creative Writers | http://www.searchsystems.net/list.php?nid=44 "Creative Writers" | http://www.cisworldwide.com/xweb/index.php?id=3&xpath=results2&code=&table=WebInvestigator&category=U.S%20States&state=oh&page_nr=3 "Creative Writers" Mirror: (user: evidence, password: betamax) http://www.clients.novolaw.com/ss/060.htm |