# EXHIBIT 2

# TO

# TROPE DECLARATION

**Subject:** airon
**From:** "Travis Sullivan" <travis@simplecom.net>
**Date:** Thu, 11 Jan 2007 15:40:09 -0600
**To:** <ktrope@novolaw.com>
**CC:** "Billing Department" <billing@simplecom.net>

I just received your letter and am working the issue right now.


Travis Sullivan

**Subject:** Re: airon
**From:** Konrad Trope <ktrope@novolaw.com>
**Date:** Mon, 15 Jan 2007 10:44:36 -0800
**To:** Travis Sullivan <travis@simplecom.net>
**CC:** Renée Nordyke <rnordyke@novolaw.com>, Matthew Butterick <mbutterick@novolaw.com>
**BCC:** Tim Koster <tjkoster@searchsystems.net>

That's pretty amazing that it took 10 days for you to receive a letter that was delivered by Fed-Ex on January 2. It's now January 15, four days since you sent your initial e-mail and we still have no "action" by your company.

As of now, your company has failed to "expeditiously" respond and "take down" the infringing websites. Accordingly, as far as we are concerned, your company's actions or "inaction", falls outside the "safe harbor" provisions of the DMCA. Your company is now subject to contributory infringement of my client's website.

Unless the offending websites are taken down immediately, we will proceed with naming your company as an additional defendant to the action, referenced in our December 29, 2006 letter, pending in U.S. Federal District Court.

Guide yourself accordingly.

Konrad L. Trope


Travis Sullivan wrote:

> I just received your letter and am working the issue

right now.

Travis Sullivan

--
Konrad L. Trope, Esq.
Managing Shareholder
Novo Law Group, PC
University Tower
4199 Campus Drive, Suite 550
Irvine, Cal. 92612
(Tel) 949-509-6531  (Fax) 949-509-6532

www.novolaw.com

New York    Washington, D.C.    Beverly Hills    Irvine, California

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS I[
USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY [
PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS ME
NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWAR
PROHIBITED. IF YOU ARE NOT THE DESIGNATED RECIPIENT C
REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL M

**Subject:** Re: airon
**From:** "Travis Sullivan" <travis@simplecom.net>
**Date:** Mon, 15 Jan 2007 14:28:58 -0600
**To:** <ktrope@novolaw.com>
**CC:** Renée Nordyke <rnordyke@novolaw.com>, "Matthew Butterick" <mbutterick@novolaw.com>, "Billing Department" <billing@simplecom.net>

In business of ten years providing hosting services, we have seen our share of real and false claims.

I was just notified of this letter. I am working the issue as I have touched base with your company. Please send me a URL with an explanation and I will take the site down today if I find the said customer is in fault. I have no problem doing this.

I do not live in Alabama, therefore the package did not reach the proper channel until now. I do applogize.

I am waiting on hearing from you.

Travis


----- Original Message ----- From: "Konrad Trope" <ktrope@novolaw.com>
To: "Travis Sullivan" <travis@simplecom.net>
Cc: "Renée Nordyke" <rnordyke@novolaw.com>; "Matthew Butterick" <mbutterick@novolaw.com>
Sent: Monday, January 15, 2007 12:44 PM

Subject: Re: airon

That's pretty amazing that it took 10 days for you to receive a letter
that was delivered by Fed-Ex on January 2. It's now January 15, four
days since you sent your initial e-mail and we still have no "action" by
your company.

As of now, your company has failed to "expeditiously" respond and "take
down" the infringing websites. Accordingly, as far as we are concerned,
your company's actions or "inaction", falls outside the "safe harbor"
provisions of the DMCA.  Your company is now subject to contributory
infringement of my client's website.

Unless the offending websites are taken down immediately, we will
proceed with naming your company as an additional defendant to the
action, referenced in our December 29, 2006 letter, pending in U.S.
Federal District Court.

Guide yourself accordingly.

-------- Original Message --------
**Subject:** Re: airon
**Date:** Mon, 15 Jan 2007 14:39:24 -0800
**From:** Konrad Trope <ktrope@novolaw.com>
**Reply-To:** ktrope@novolaw.com
**Organization:** Novo Law Group, P.C.
**To:** Travis Sullivan <travis@simplecom.net>,
Matthew Butterick <mbutterick@novolaw.co
Renée Nordyke <rnordyke@novolaw.com>
**References:** <00fb01c735c9$15339870$6701a8c0@ach
<45ABCB94.8050101@novolaw.com>
<002001c738e3$cdefe090$6701a8c0@ach
<45ABF145.2040404@novolaw.com>
<00fa01c738f4$bedabb50$6701a8c0@achi

Travis:

You have now changed your story so many times you can't keep your explanations consistent. I'm not here to negotiate or provide you with a lesson in business law. You were given a chart with our letter showing the examples of the various acts of copying by your customer. There are links provided.

If you don't know enough of how to comply with the DMCA, then you'd better obtain counsel, since you obviously have now contradicted or retracted every promise you have made in the past two hours.

I have a client to protect. Guide yourself accordingly.

Konrad Trope