# EXHIBIT 3

# TO

# TROPE DECLARATION

**Subject:** Pacific v Musselman, Airon, et. al.: Reversal of "Disabling of Airon Sites"
**From:** "Konrad L. Trope" <ktrope@novolaw.com>
**Date:** Tue, 19 Jun 2007 02:09:42 -0700
**To:** "SimpleComm Support" <support@simplecom.net>
**CC:** "Matthew Butterick" <mbutterick@novolaw.com>, "Renée Nordyke" <rnordyke@novolaw.com>

# Novo Law Group, P.C.
Konrad L. Trope, Managing Shareholder
4199 Campus Drive, Suite 550
Irvine, California 92612
949-509-6531 (tel)
949-509-6532 (fax)
ktrope@novolaw.com
www.novolaw.com

June 19, 2007

Via e-mail: *Support@Simplecomm.net*

Corey Thronburg, Support Department
Simple Communications, Inc.
Tuscaloosa, Alabama

   Re: *Pacific v. Musselman, Airon, et. al.: Reversal of "Disabling of Airon Sites".*

Dear Corey:

As legal counsel for the Plaintiff in this case, and as an officer of the court, legitimately enforcing those remedies provided in the DMCA by Congressional mandate and cannonized by subsequent numerous federal court opinions, I am greatly concerned over what appears to be a reversal of conduct by your company.

Under the DMCA, upon Simple Communications being presented with a "take down" letter, accompanied by proof of a filed federal court complaint alleging DMCA violations and seeking injunctive relief, the sites of Airon were to be immediately diabled. The combination of the "letter" and the previously filed federal court "complaint" removed any discretion from the ISP under the mandates of the DMCA.

If these take downs were reversed by Simple, after having been lawfully carried out earlier yesterday, we will be forced to seek judicial remedies against Simple Communications. I would hope and expect that Simple wishes to remain within the 'safe harbor' of the DMCA.

Please advise immediately.

Konrad Trope, Esq.
Managing Shareholder
Novo Law Group, P.C.
Counsel for Plaintiff Pacific Information Resources, Inc.


On 6/19/07, **SimpleComm Support** <support@simplecom.net> wrote:

Thanks for your e-mail. A new ticket has been created.

You wrote:
> Corey:
>
> By law, once we serve you with a copy of a previously filed Federal
> Complaint alleging DMCA violations and seeking injunctive relief, along
> witht DMCA take down letter, the ISP has no "discretion": the sites must be
> disabled.

Your e-mail will be answered by a support technician asap

You can check the status of your ticket at
http://otrs.simplecom.net/otrs/customer.pl


Tired of Spam?
Try our Email Security Service free for 30 days!
http://www.m3server.com/securityservices.asp


--
Novo Law Group, P.C.
4199 Campus Drive, Suite #550
Irvine, California 92612

949-509-6531
949-509-6532 (fax)
www.novolaw.com

Privileged And Confidential Communication. This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, (c) are for the sole use of the intended recipient named above, and (d) is for informational purposes only and is not intended to be the signature of the sender for purposes of binding the sender or Novo Law Group, PC or any client of the sender or the firm, to any contract or agreement under the Uniform Electronic Transaction Act or any similar law. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**Subject:** Re: [Ticket#2007061921000036] Pacific v Musselman, Airon, et. al.: Reversal of "Disabling [...]
**From:** SimpleComm Support <support@simplecom.net>
**Date:** Tue, 19 Jun 2007 09:44:45 -0500
**To:** "Konrad L. Trope" <ktrope@novolaw.com>
**CC:** "Matthew Butterick" <mbutterick@novolaw.com>, "Renée Nordyke" <rnordyke@novolaw.com>

Dear Konrad L. Trope,

Thank you for your request.

There was an internal miscommunication on this subject. Can you send me a pdf copy of your original paper submission? If not I will have to mail the paper copy to the addressee to get the proper action. The tools available to me for locking the site can be reversed by the customer. I need to get this matter to our abuse team. Electronic documents can be delivered today, or I can forward the paper documents you sent to my office to the abuse team in Missouri.

Corey

"Konrad L. Trope" <ktrope@novolaw.com> wrote:

> Novo Law Group, P.C.

of 6

2/28/2008 9:26 PM

Konrad L. Trope, Managing Shareholder
4199 Campus Drive, Suite 550
Irvine, California 92612
949-509-6531 (tel)
949-509-6532 (fax)
ktrope@novolaw.com
www.novolaw.com

June 19, 2007

Via e-mail: *Support@Simplecomm.net *

Corey Thronburg, Support Department
Simple Communications, Inc.
Tuscaloosa, Alabama

　　*Re:  Pacific v. Musselman, Airon, et. al.: Reversal of "Disabling of
Airon Sites".*
**

Dear Corey:


As legal counsel for the Plaintiff in this case, and as an officer of the
court, legitimately enforcing those remedies provided in the DMCA by
Congressional mandate and cannonized by subsequent numerous federal court
opinions, I am greatly concerned over what appears to be a reversal of

conduct by your company.

Under the DMCA, upon Simple Communications being presented with a "take
down" letter, accompanied by proof of a filed federal court complaint
alleging DMCA violations and seeking injunctive relief, the sites of Airon
were to be immediately diabled.  The combination of the "letter" and the
previously filed federal court "complaint" removed any discretion from the
ISP under the mandates of the DMCA.

If these take downs were reversed by Simple, after having been lawfully
carried out earlier yesterday, we will be forced to seek judicial remedies
against Simple Communications. I would hope and expect that Simple wishes to
remain within the 'safe harbor' of the DMCA.

Please advise immediately.

Konrad Trope, Esq.
Managing Shareholder
Novo Law Group, P.C.
Counsel for Plaintiff Pacific Information Resources, Inc.

On 6/19/07, SimpleComm Support <support@simplecom.net> wrote:

> Thanks for your e-mail. A new ticket has been created.
>
> You wrote:
>> Corey:
>>
>> By law, once we serve you with a copy of a previously filed Federal
>> Complaint alleging DMCA violations and seeking injunctive relief, along
>> witht DMCA take down letter, the ISP has no "discretion": the sites must
> be
>> disabled.
>
> Your e-mail will be answered by a support technician asap
>
> You can check the status of your ticket at
> http://otrs.simplecom.net/otrs/customer.pl
>
>
> Tired of Spam?
> Try our Email Security Service free for 30 days!
> http://www.m3server.com/securityservices.asp

--

Novo Law Group, P.C.
4199 Campus Drive, Suite #550
Irvine, California 92612
949-509-6531
949-509-6532 (fax)
www.novolaw.com

Privileged And Confidential Communication. This electronic transmission,
and any documents attached hereto, (a) are protected by the Electronic
Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain
confidential and/or legally privileged information, (c) are for the sole use
of the intended recipient named above, and (d) is for informational purposes
only and is not intended to be the signature of the sender for purposes of
binding the sender or Novo Law Group, PC or any client of the sender or the
firm, to any contract or agreement under the Uniform Electronic Transaction
Act or any similar law. If you have received this electronic message in
error, please notify the sender and delete the electronic message. Any

disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

Simplecom Support Team

-

Corey Thornburg --

Tired of Spam?
Try our Email Security Service free for 30 days!
http://www.m3server.com/securityservices.asp