1   Konrad L. Trope, Esq. SBN 133214
    **Novo Law Group, P.C.**
2   4631 Teller Avenue, Suite 140
    Newport Beach, California 92660
3   (949) 222-0899 (tel)
    (949) 222-0983 (fax)
4
    Attorneys for Plaintiff Pacific Information Resources, Inc.
5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10
    Pacific Information Resources, Inc., a    )    **CASE NO.  CV-07-4131  MMC**
11  California Corporation,                   )
                                              )    **[Before the Honorable Maxine M.**
12              Plaintiff,                     )    **Chesney, Courtroom 7]**
                                              )
13        vs.                                  )    **ERRATA TO PLAINTIFF'S**
                                              )    **MEMORANDUM OF POINTS AND**
14  SIMPLE COMMUNICATIONS, an Alabama         )    **AUTHORITIES IN SUPPORT OF**
    corporation; WILLIAM TRAVIS SULLIVAN,     )    **APPLICATION FOR DEFAULT**
15  individually, AND DOES 1 through 100,      )    **JUDGMENT BY COURT**
    inclusive, WHOSE IDENTITIES ARE           )
16  UNKNOWN,                                   )    [Filed Concurrently with Notice of
                                              )    Application and Application for Default
17              Defendants.                    )    Judgment by Court, Declaration of Konrad L.
    _____       )    Trope, Pacific's Request for Judicial Notice
18                                                  Declaration of Timothy J. Koster, Declaration
                                                    of Expert Hayden Bond, Declaration of
19                                                  Expert Ran Hadas, Ph.D. and [Proposed]
                                                    Order Lodged Concurrently Herewith]
20
                                                    Complaint Filed:      August 9, 2007
21                                                  Default Entered:      October 2, 2007

22                                                  Hearing Date:         April 4, 2008
                                                    Hearing Time:         9:00 a.m.
23                                                  Department:           7

24

25

26                                          1
    _____
    **Memorandum of Points and Authorities in Support of Application for Default Judgment**
27                                   **by Court**
                                                    **Case No. CV-07-4131**
28  pacific information resources\pleadings\sullivan and simple communications\application for default judgment p&a's errata final as filed 02 29
    08

1

2

3

On or about February 28, 2008 Plaintiff Pacific Information Resources, Inc., a California Corporation ("Plaintiff" or "Pacific") filed its Memorandum of Points and Authorities in Support of Application for Default Judgment by Court.  At page 5, line 9 the document stated:

4

5

"database in a manner so that if and when Defendant Musselman or others tried to copy Plaintiff's"

6

The correct line should read as follows:

7

8

"database in a manner so that if and when the Airon Defendants or others tried to copy Plaintiff's"

9

10

Also, the document did not contain a Table of Contents and Table of Authorities.  The Tables are attached hereto.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Memorandum of Points and Authorities in Support of Application for Default Judgment by Court**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\application for default judgment p&a's errata final as filed 02 29 08

1

## TABLE OF CONTENTS

2

**MEMORANDUM POINTS AND AUTHORITIES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

3

I.    **FACTUAL BACKGROUND/PROCEDURAL HISTORY** . . . . . . . . . . . . . . . . . . . . 1

4           A.    **Refusal by Simple Defendants to Comply with DMCA** . . . . . . . . . . . 7

5    II.   **LEGAL ANALYSIS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

6           A.    **Prejudice to Plaintiff if Relief is Denied** . . . . . . . . . . . . . . . . . . . . . . . 9
            B.    **Proof of Liability** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
            C.    **Calculation of Damages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

7           D.    **Punitive Damages and Enhanced Damages** . . . . . . . . . . . . . . . . . . . . 12

8    III.  **CONCLUSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Memorandum of Points and Authorities in Support of Application for Default Judgment**
**by Court**

27

**Case No. CV-07-4131**

28

pacific information resources\pleadings\sullivan and simple communications\application for default judgment p&a's errata final as filed 02 29 08

1

**TABLE OF AUTHORITIES**

2

**CASES**

3
*Greyhound Exhibitgroup, Inc. v E.L.U.L. Realty Corp.*, 973 F.2d 155, 159 (2nd Cir. 1992) . . . . . 9

4
*Online Policy Group v. Diebold, Inc.*
        337 F.Supp.2d 1195 (N.D. Cal. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

5

6
*Sony Computer Ent. America, Inc. v. Divineo, et. al.*
        457 F.Supp.2d 957 (N.D. Cal. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

7
*Transportes Aeros De Angola v Jet Traders Invest. Corp.*, 624 F.Supp. 264, 266 (D. Del. 1995)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

8

9
*United States v. King Features, Enter., Inc.*
        843 F.2d 394 (9th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

10

**STATUTES**

11

*15 U.S.C. § 1125* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

12
*17 U.S.C. § 1201* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

13
*17 U.S.C. § 501* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

14
*17 U.S.C. § 504* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

15
*17 U.S.C. § 512* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 10

16

17

18

19

20

21

22

23

24

25

26

ii

27

28

pacific information resources\pleadings\sullivan and simple communications\application for default judgment p&a's errata final as filed 02 29 08

1

2

3

Respectfully submitted,

DATED: February 29, 2008

**NOVO LAW GROUP, P.C.**

4

5

6

7

8

9

BY:    /s/Konrad L. Trope, Esq.
California State Bar No. 133214
Novo Law Group, P.C.
4631 Teller Avenue, Ste 140
Newport Beach, California 92660
Telephone: (949) 222-0899
Facsimile: (949) 222-0983
E-mail: ktrope@novolaw.com
Attorneys for Plaintiff PACIFIC
INFORMATION RESOURCES,
INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

iii

**Memorandum of Points and Authorities in Support of Application for Default Judgment by Court**

**Case No. CV-07-4131**

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California in the office of a member of the Bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is: **4631 Teller Avenue, Suite 140, Newport Beach, California 92660**.

On **February 29, 2008,** I served the foregoing document described as:

**ERRATA TO PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**

on the interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

*SEE ATTACHED SERVICE LIST*

**XX**  **BY MAIL:** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee at the address on the attached Mailing List.

**BY FEDEX:** I deposited such envelopes at Irvine, California for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**BY FACSIMILE:** I transmitted the foregoing document by facsimile to the party(s) identified above by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL:** I transmitted the foregoing document by e-mail to the party(s) identified above by using the Internet Protocol Addresses indicated. Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL WITH CLERK OF THE COURT:** I certify that on _____ 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated on the attached Mailing List.

i

**Memorandum of Points and Authorities in Support of Application for Default Judgment by Court**

**Case No. CV-07-4131**

pacific information resources\pleadings\sullivan and simple communications\application for default judgment p&a's errata final as filed 02 29 08

1

2

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 29, 2008** at Irvine, California.

/s/
J. Renée Nordyke

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ii

**Memorandum of Points and Authorities in Support of Application for Default Judgment by Court**

27

**Case No. CV-07-4131**

28

pacific information resources\pleadings\sullivan and simple communications\application for default judgment p&a's errata final as filed 02 29 08

1

***SERVICE LIST:***
*Pacific Information Resources v Simple Communications, et. al.*
Case No. C-07-4131 MMC

2

3

4

**VIA U.S. MAIL**

5

William Travis Sullivan
4931 Mason Road
Clayton, Washington 99110

6

7

Simple Communications
4931 Mason Road
Clayton, Washington 99110

8

9

Simple Communications
701 22nd Avenue
Tuscaloosa, Alabama 35401

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

iii

**Memorandum of Points and Authorities in Support of Application for Default Judgment by Court**

27

**Case No. CV-07-4131**

28

pacific information resources\pleadings\sullivan and simple communications\application for default judgment p&a's errata final as filed 02 29 08