Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Avenue, Suite 140
Newport Beach, California 92660
(949) 222-0899 (tel)
(949) 222-0983 (fax)

Attorneys for Plaintiff Pacific Information Resources, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., a California Corporation,<br><br>        Plaintiff,<br><br>       vs.<br><br>SIMPLE COMMUNICATIONS, an Alabama corporation; WILLIAM TRAVIS SULLIVAN, individually, AND DOES 1 through 100, inclusive, WHOSE IDENTITIES ARE UNKNOWN,<br><br>        Defendants. | CASE NO.  CV-07-4131  MMC<br><br>**[Before the Honorable Maxine M. Chesney, Courtroom 7]**<br><br>**PLAINTIFF'S REQUEST TO CONTINUE DATE FOR FILING MOTION FOR DEFAULT JUDGMENT AGAINST WILLIAM TRAVIS SULLIVAN AND SIMPLE COMMUNICATIONS** ; ORDER THEREON<br><br>Complaint Filed:   August 9, 2007<br>Discovery Cut-Off:  N/A<br>Trial:                 N/A<br>Status Conference:  February 8, 2008 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Pacific Information Resources, Inc. ("Plaintiff" or "Pacific") hereby requests a continuance of the Court to ***complete filing*** its Default Judgment Application on February 28, 2008 instead of on February 27, 2008.  Plaintiff makes this request on the basis of good cause:

    1.    Plaintiff's Counsel has already filed and caused to be delivered to Judge's Chambers the following documents:

---
1
**Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg final as filed 02 28 08

1       a.      Plaintiff's Notice of Application and Application for Default Judgment;

2       b.      Plaintiff's Request for Judicial Notice;

3       c.      Declaration of Tim Koster, President of Plaintiff Pacific;

4       d.      Expert Declaration of Prof. Ran Hadas;

5       e.      Expert Declaration of Hayden Bond;

6       f.      [Proposed] Order–*this was "lodged", not filed.*

Plaintiff's counsel **will complete by today** filing and forwarding by messenger to chambers the following documents:

      a.      Plaintiff's Memorandum of P's & A's;

      b.      Declaration of Konrad Trope.

      2.      Pulling together all of the documents and voluminous data necessary to support the Default Judgement has *required far more time than ever anticipated. Plaintiff's counsel is being extra careful as* **the Application seeks damages in excess of $19 million!**

      ***3.      Counsel for Plaintiff has spent considerable time being certain that the analysis is solid and will sustain any review by the Court.***

Plaintiff's counsel humbly apologizes to the Court and begs the Court's indulgence *this one last time.* Plaintiff's counsel has three Motions for Summary Judgment to file with this Honorable Court on March 21, 2008 in a related case. Thus, Plaintiff's counsel is thus quite desirous and confident of completing this default application, in particular, the last two remaining pleadings, later today.

2
**Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg final as filed 02 28 08

There will be no prejudice to any party who has direct or related interest in this case, including those parties who are Defendants in the related case noted herein.

Respectfully submitted,

DATED: February 28, 2008                **NOVO LAW GROUP, P.C.**

BY:   /s/Konrad L. Trope, Esq.
      California State Bar No. 133214
      Novo Law Group, P.C.
      4631 Teller Avenue, Ste 140
      Newport Beach, California 92660
      Telephone: (949) 222-0899
      Facsimile: (949) 222-0983
      E-mail: ktrope@novolaw.com
      Attorneys for Plaintiff PACIFIC
      INFORMATION RESOURCES,
      INC.

## [PROPOSED] ORDER

Plaintiff Pacific Information Resources has hereby requested continuance to file its Defaults Judgment Application against Defendants William Travis Sullivan and Simple Communications to February 28, 2008.

Having considered the requested extension, good cause appearing, therefore, and no prejudice any parties appearing, IT IS HEREBY ORDERED that:

Plaintiff shall file its Application for Default Judgment not later than February 28, 2008

Dated: February 29, 2008

Honorable MAXINE M. CHESNEY
United States District Judge

---
**Request to Continue Date for Filing Motion for Default Judgment**
**Case No. CV-07-4131**

pacific information resources\pleadings\sullivan and simple communications\req to cont date for def judg final as filed 02 28 08