Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Avenue, Suite 140
Newport Beach, California 92660
(949) 222-0899 (tel)
(949) 222-0983 (fax)

Attorneys for Plaintiff Pacific Information Resources, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., a California Corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SIMPLE COMMUNICATIONS, an Alabama corporation; WILLIAM TRAVIS SULLIVAN, individually, AND DOES 1 through 100, inclusive, WHOSE IDENTITIES ARE UNKNOWN,<br><br>           Defendants. | **CASE NO. CV-07-4131 MMC**<br><br>**[Before the Honorable Maxine M. Chesney, Courtroom 7]**<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Complaint Filed:   August 9, 2007<br>Default Entered:   October 2, 2007<br><br>Hearing Date:   May 2, 2008<br>Hearing Time:   10:30 a.m.<br>Department:   7 |

   Plaintiff Pacific Information Resources, Inc., ("Plaintiff" or "Pacific") hereby humbly requests that the Court continue the Case Management Conference ("CMC") currently scheduled for this Friday, May 2, 2008.

   Plaintiff believes that there is good cause for this continuance for the following reasons:

1.   Defendants Simple Communications ("Simple") and William Travis Sullivan ("Sullivan") (collectively "Simple Defendants") are in default and still have not appeared or made any attempts to set aside the default;

---

1
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No. CV-07-4131**
pacific information resources\pleadings\sullivan and simple communications\req for continuance of cmc final as filed 04 29 08

2. In light of the Court's denial of Pacific's Motion for Default Judgment without prejudice, Plaintiff is currently preparing a more limited Motion seeking relief that does not require adjudication of the related matter of *Pacific v Musselman*, Case No. C06-02306 MMC.

Therefore, Plaintiff Pacific respectfully requests that the CMC be continued for 60 days thereby allowing sufficient time for Pacific's narrower dispositive motion to be fully noticed, filed and heard, as well as provide sufficient time for the CMC to follow subsequently thereafter, if necessary.

Respectfully submitted,

DATED: April 29, 2008

**NOVO LAW GROUP, P.C.**

BY: /s/Konrad L. Trope, Esq.
California State Bar No. 133214
Novo Law Group, P.C.
4631 Teller Avenue, Ste 140
Newport Beach, California 92660
Telephone: (949) 222-0899
Facsimile: (949) 222-0983
E-mail: ktrope@novolaw.com
Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

**~~PROPOSED~~ ORDER**

Having reviewed the Request of Plaintiff Pacific for a continuance of 60 days of the Initial Case Management Conference in this matter; and good cause appearing therefore; it is hereby ordered that the Case Management Conference scheduled May 2, 2008 is hereby continued until July 11, 2008. A Case Management Statement shall be filed no later than July 3, 2008.

Dated: April 30, 2008

Honorable MAXINE M. CHESNEY
United States District Judge