IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIMPLE COMMUNICATIONS, et al., <br><br> Defendants | No. C-07-4131 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is plaintiff's Case Management Statement, filed July 3, 2008.

In light of the fact that the Clerk has entered the default of each defendant, and plaintiff having indicated its intent to file an application for default judgment by July 15, 2008,[1] the Case Management Conference is hereby CONTINUED from July 11, 2008 to October 17, 2008. Plaintiff shall file a Case Management Statement no later than October 10, 2008.

**IT IS SO ORDERED.**

Dated: July 9, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] By order filed April 1, 2008, the Court denied plaintiff's initial application for default judgment, by which plaintiff sought relief that was wholly derivative of its claims against the "Airon Defendants" in a related action, without prejudice to plaintiff's renoticing it or filing an amended application after plaintiff's claims against the Airon Defendants were resolved. In the instant Case Management Statement, plaintiff indicates that, instead, it will file an application "not dependent upon findings of fact from the related action." (See Pl.'s Case Management Statement at 3:6.)