1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   David N. Makous, SB#82409
2  makous@lbbslaw.com
   Thomas S. Kiddé, SB# 61717
3  kidde@lbbslaw.com
   Josephine Brosas, SB#239342
4  brosas@lbbslaw.com
   221 North Figueroa Street, Suite 1200
5  Los Angeles, California 90012
   Tel:   (213) 250-1800
6  Fax:  (213) 250-7900

7  Ralph A. Zappala, SB# 102052
   zappala@lbbslaw.com
8  One Sansome Street, Suite 1400
   San Francisco, California 94104
9  Tele: (415) 362-2580
   Fax: (415) 434-0882
10
   Attorneys for Plaintiff
11 PACIFIC INFORMATION RESOURCES, INC.

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14

15 PACIFIC INFORMATION              ) CASE NO. C07-4131 MMC
16 RESOURCES, INC.                  )
                                    ) **SUBSTITUTION OF ATTORNEY**
17              Plaintiff,          ) **AND ORDER [PROPOSED]**
                                    )
18       v.                         )
                                    )
19 SIMPLE COMMUNICATIONS, et al.,   )
                                    )
20              Defendants.         )
21

22       Plaintiff Pacific Information Resources, Inc. hereby requests that the Court
23 approve the substitution Lewis Brisbois Bisgaard & Smith LLP/David N. Makous,
24 Thomas S. Kiddé, Josephine Brosas, 221N. Figueroa Street, Suite 1200, Los
25 Angeles, California 90012, (213) 250-1800 and Ralph A. Zappala, One Sansome
26 Street, Suite 1400, San Francisco, California 94104, (415) 362-2580 as attorney of
27 ///
28 ///

1 record in place and stead of Novo Law Group, P.C. and Konrad L. Trope.

2

3 Dated: September 3, 2008         PACIFIC INFORMATION RESOURCES, INC.

4

5                                  By: _____
                                       Timothy Koster, President
6

7    I further consent to the above substitution.

8

9 Dated: September 10, 2008        NOVO LAW GROUP, P.C.

10

11

12                                 By: _____
                                       Konrad L. Trope
13

14   I am duly admitted to practice in this District and accept the above
15 substitution.

16

17 Dated: September 3, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP

18

19                                 By _____
                                       Thomas S. Kidde
20

21                                **ORDER**

22   The Court hereby orders that the request of Plaintiff Pacific Information

23 Resources, Inc. to substitute Lewis Brisbois Bisgaard & Smith LLP, et al, in place

24 and stead of Novo Law Group, P.C. and Konrad L. Trope, is granted.

25

26 Dated: September    , 2008

27                                     Maxine M. Chesney, Judge
                                       United States District Court
28

4848-7916-9538.1                  -2-
SUBSTITUTION OF ATTORNEY