```
LEWIS BRISBOIS BISGAARD & SMITH LLP
David N. Makous, SB#82409
makous@lbbslaw.com
Thomas S. Kiddé, SB# 61717
kidde@lbbslaw.com
Josephine Brosas, SB#239342
brosas@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Tel:  (213) 250-1800
Fax: (213) 250-7900

Ralph A. Zappala, SB# 102052
zappala@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Tele: (415) 362-2580
Fax: (415) 434-0882

Attorneys for Plaintiff
PACIFIC INFORMATION RESOURCES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SIMPLE COMMUNICATIONS, et al.,<br><br>Defendants. | CASE NO. C07-4131 MMC<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** [PROPOSED] |

Plaintiff Pacific Information Resources, Inc. hereby requests that the Court approve the substitution Lewis Brisbois Bisgaard & Smith LLP/David N. Makous, Thomas S. Kiddé, Josephine Brosas, 221N. Figueroa Street, Suite 1200, Los Angeles, California 90012, (213) 250-1800 and Ralph A. Zappala, One Sansome Street, Suite 1400, San Francisco, California 94104, (415) 362-2580 as attorney of

///

///

1  record in place and stead of Novo Law Group, P.C. and Konrad L. Trope.

2  Dated:  September 3, 2008                PACIFIC INFORMATION RESOURCES, INC.

By: _____
Timothy Koster, President

I further consent to the above substitution.

Dated: September 10, 2008                NOVO LAW GROUP, P.C.

By: _____
Konrad L. Trope

I am duly admitted to practice in this District and accept the above substitution.

Dated: September 3, 2008                LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Thomas S. Kidde

## ORDER

The Court hereby orders that the request of Plaintiff Pacific Information Resources, Inc. to substitute Lewis Brisbois Bisgaard & Smith LLP, et al, in place and stead of Novo Law Group, P.C. and Konrad L. Trope, is granted.

Dated:  September 12, 2008

Maxine M. Chesney, Judge
United States District Court

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4848-7916-9538.1                                -2-
SUBSTITUTION OF ATTORNEY