IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIMPLE COMMUNICATIONS, et al., <br><br> Defendants / | No. C-07-4131 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT** |

    The Court is in receipt of plaintiff's Case Management Conference Statement, filed October 10, 2008.

    In light of the fact that the Clerk has entered the default of each defendant, and plaintiff having indicated its intent to file a revised motion for default judgment by October 27, 2008,[1] the Case Management Conference is hereby CONTINUED from October 17, 2008 to January 23, 2009.  Plaintiff is hereby ORDERED to file a motion for entry of default

---

[1] By order filed April 1, 2008, the Court denied plaintiff's initial motion for default judgment, by which plaintiff sought relief wholly derivative of its claims alleged against the "Airon Defendants" in a related action, without prejudice to plaintiff's renoticing its initial motion or filing an amended motion after plaintiff's claims against the Airon Defendants had been resolved.  By order filed September 30, 2008 in the related action, the Court dismissed plaintiff's claims against the "Airon Defendants" in light of a settlement between plaintiff and the Airon Defendants.  Consequently, plaintiff's claims against the Airon Defendants have been resolved.

judgment no later than October 27, 2008.  If the matter remains pending on January 16, 2009, plaintiff shall, no later than January 16, 2009, file a Case Management Statement.

**IT IS SO ORDERED.**

Dated:  October 14, 2008

_____
MAXINE M. CHESNEY
United States District Judge