IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLE COMMUNICATIONS, et al.,<br><br>Defendants<br>_____/ | No. C-07-4131 MMC<br><br>**ORDER RE: DEFERRED PORTION OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT; AWARDING PLAINTIFF STATUTORY DAMAGES IN TOTAL AMOUNT OF $250,000** |

By order filed November 26, 2008, the Court granted plaintiff Pacific Information Resources, Inc.'s application for default judgment to the extent plaintiff sought a permanent injunction against defendants Simple Communications and William Travis Sullivan, and deferred ruling on the application to the extent plaintiff sought an award of monetary damages. Specifically, the Court afforded plaintiff the opportunity to supplement its application to address deficiencies with respect to plaintiff's showing as to its entitlement to an award of damages based on the profits realized by a third party or, alternatively, to elect to receive an award of statutory damages in the total amount of $250,000.

Now before the Court is plaintiff's "Statement of Election of Statutory Damages for Default Judgment," filed December 2, 2008, by which plaintiff has elected to receive an award of statutory damages in the total amount of $250,000.

//

Accordingly, for the reasons stated in the Court's November 26, 2008 order, the Court finds plaintiff is entitled to an award of statutory damages in the total amount of $250,000, calculated as follows: (1) $100,000, pursuant to 15 U.S.C. § 1117(d); and (2) $150,000, pursuant to 17 U.S.C. § 504(c).

**IT IS SO ORDERED.**

Dated: December 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge